BRANDON C. FERNALD (SBN 222429)
**FERNALD LAW GROUP LLP**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
510 W 6th Street, Suite 700
Los Angeles, California 90014
Tel:   323.410.0320
Fax:   323.410.0330
Email: brandon@fernaldlawgroup.com

DAVID A. SKEELS (*pro hac vice* application to be filed)
skeels@fsclaw.com
JONATHAN T. SUDER (*pro hac vice* application to be filed)
jts@fsclaw.com
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX  76102
Tel:  817.334.0400
Fax:  817.334.0401

Attorneys for Plaintiff
PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALCOMM TECHNOLOGIES, INC. and MARVELL SEMICONDUCTOR, INC.<br><br>  Defendants. | CASE NO.<br><br>**COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NO. 6,473,349**<br><br>Jury Trial Demanded |

Plaintiff PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC ("Plaintiff") files this Original Complaint against Defendant MARVELL SEMICONDUCTOR, INC. ("Defendant") alleging as follows:

## I. THE PARTIES

1. PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC ("Plaintiff") is a Limited Liability Company organized and existing under the laws of the State of Texas, with a principal place of business in Plano, Texas.

2. Upon information and belief, Defendant MARVELL SEMICONDUCTOR, INC. ("MARVELL") is a California corporation with a principal place of business in Santa Clara, CA. MARVELL's counsel, Steve Marshall of Fish & Richardson P.C., 1425 K STREET, NW, SUITE 1100, has agreed to accept service of process on behalf of MARVELL.

## II. JURISDICTION AND VENUE

3. This is an action for infringement of a United States patent. Federal question jurisdiction is conferred to this Court over such action under 28 U.S.C. §§ 1331 and 1338(a).

4. Upon information and belief, Defendant has had minimum contacts with the Southern Division of the Central District of California such that this venue is fair and reasonable. Defendant has committed such purposeful acts and/or transactions in this district that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity. Upon information and belief, Defendant has transacted and, at the time of the filing of this Complaint, is transacting business within the Southern Division of the Central District of California.

5. For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(b).

### III. PATENT INFRINGEMENT

6. On October 29, 2002, United States Patent No. 6,473,349 ("the '349 Patent") was duly and legally issued for "CASCODE SENSE AMP AND COLUMN SELECT CIRCUIT AND METHOD OF OPERATION." A true and correct copy of the '349 Patent is attached hereto as Exhibit "A" and made a part hereof.

7. The '349 Patent is referred to as the "Patent-in-Suit."

8. By way of assignment, Plaintiff is the owner of all right, title and interest in and to the Patent-in-Suit, with all rights to enforce it against infringers and to collect damages for all relevant times, including the right to prosecute this action.

9. Upon information and belief, Defendant manufactures, makes, has made, imports, has imported, markets, sells and/or uses products and/or systems that infringe at least claims 1, 8, and 13 of the Patent-in-Suit.

10. On information and belief, Defendant MARVELL, without authority, consent, right, or license, and in direct infringement of the Patent-in-Suit, manufactures, uses, sells, imports, and/or offers for sale systems and/or products directly infringing one or more claims of the Patent-in-Suit. By way of example only, its 88W8686 chip directly infringes at least claims 1, 8, and 13 of the '349 Patent.

11. Plaintiff reserves the right to assert additional claims of the Patent-in-Suit and reserves the right to assert additional patents.

12. Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is, thus, liable to Plaintiff in an amount that adequately compensates for its infringement, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

13. Upon information and belief, Defendant will continue its infringement of the Patent-in-Suit unless enjoined by the Court. Defendant's infringing conduct has caused Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

## IV. RELATED CASE

14. This suit is related to another matter currently pending before The Honorable Otis D. Wright, II, styled Progressive Semiconductor Solutions LLC v. Qualcomm Technologies Inc., et al., 8:13-cv-01535-ODW-JEM. In that action, as in this action, the Complaint alleges infringement of U.S. Patent No. 6,473,349. In an Order dated March 3, 2014, the Court dismissed MARVELL without prejudice and directed Plaintiff to "file a new civil action against Marvell Semiconductor." Dkt. 45 at 2. The Court also advised the parties that "[o]nce the Court receives these documents, it will issue a scheduling order in the Marvell Semiconductor action and coordinate the two cases for all purposes except trial." Dkt. 45 at 3.

## V. JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a. Judgment that one or more claims of the Patent-in-Suit have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b. Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein;

c. That Defendant's infringement be found to be willful from the time Defendant became aware of the infringing nature of its services, which

-4-

|    |    |    |
|---|---|---|
| 1  |    | is the time of filing of Plaintiff's Complaint at the latest, and that the |
| 2  |    | Court award treble damages for the period of such willful infringement |
| 3  |    | pursuant to 35 U.S.C. § 284. |
| 4  | d. | That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; |
| 7  | e. | That the Court declare this an exceptional case and award Plaintiff its reasonable attorney's fees and costs in accordance with 35 U.S.C. § 285; |
| 10 | f. | That Defendant be permanently enjoined from any further activity or conduct that infringes one or more claims of the Patent-in-Suit; and |
| 12 | g. | That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances. |

| | |
|---|---|
| DATED: March 4, 2014. | FERNALD LAW GROUP LLP<br>A Registered Limited Liability Partnership<br><br>By:     */s Brandon C. Fernald*<br>       Brandon Fernald<br><br>David A. Skeels<br>State Bar No. 24041925<br>Jonathan T. Suder<br>State Bar No. 19463350<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>(817) 334-0400<br>Fax (817) 334-0401<br>jts@fsclaw.com<br>skeels@fsclaw.com<br>gunter@fsclaw.com<br><br>Attorneys for Plaintiff,<br>Progressive Semiconductor Solutions LLC |