# United States District Court
# Central District of California

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>                Defendant. | Case No. 8:14-cv-00330-ODW(JEMx)<br><br>**ORDER TO SHOW CAUSE RE. FILING OF FIRST AMENDED COMPLAINT** |

On April 28, 2014, Plaintiff Progressive Semiconductor Solutions, LLC filed a First Amended Complaint ("FAC") in this action. (ECF No. 41.) Progressive Semiconductor did not seek leave from this Court to file the FAC. Under Federal Rule of Civil Procedure 15(a), a party may amend its pleading once a matter of course within 21 days after serving or within 21 days of service of a responsive pleading or motion under Rule 12(b), (e), or (f). The 21-day window under any of those circumstances has long passed. Accordingly, the Court **ORDERS** Progressive Semiconductor to **SHOW CAUSE**, in writing **no later than Tuesday, May 13, 2014**, why this Court should not strike the FAC. No hearing will be held on this matter. Failure to respond will result in the Court striking the FAC.

**IT IS SO ORDERED.**

May 6, 2014

                                                    _____<br>
                                                        **OTIS D. WRIGHT, II**<br>
                                               **UNITED STATES DISTRICT JUDGE**