# United States District Court
# Central District of California

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS, LLC,<br><br>        Plaintiff/Counter-Defendant,<br><br>    v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>        Defendant/Counterclaimant. | Case No. 8:14-cv-00330-ODW(JEMx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

The parties informed the Court during claim construction in the consolidated case *Progressive Semiconductor Solutions, LLC v. Qualcomm Technologies, Inc.*, No. 8:13-cv-01535-ODW(JEMx), that they have reached a settlement in this action. But a notice of settlement has not been filed on the docket. Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Wednesday, August 27, 2014**, why a notice of settlement has not been filed. No hearing will be held. This Order to Show Cause will be discharged upon the filing of a notice of settlement that indicates how much time is required, within reason, to finalize settlement and dismiss this action.

**IT IS SO ORDERED.**

August 20, 2014

                                    _____
                                           **OTIS D. WRIGHT, II**
                                     **UNITED STATES DISTRICT JUDGE**