1  BRANDON FERNALD
   Brandon.fernald@fernaldlawgroup.com
2  FERNALD LAW GROUP LLP
   A REGISTERED LIMITED LIABILITY PARTNERSHIP
3  510 W 6th Street, Suite 700
   Los Angeles, California 90014
4  T:323.410.0320 | F:323.410.0330 | C:323.842.7473

5  DAVID A. SKEELS (admitted *pro hac vice*)
   skeels@fsclaw.com
6  JONATHAN T. SUDER (admitted *pro hac vice*)
   jts@fsclaw.com
7  FRIEDMAN, SUDER & COOKE
   Tindall Square Warehouse No. 1
8  604 East 4th Street, Suite 200
   Fort Worth, TX  76102
9  T:  817-334-0400
   F:  817-334-0401
10

11 Attorneys for Plaintiff
   PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC
12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>MARVELL SEMICONDUCTOR, INC.<br><br>           Defendant. | CASE NO.  8:14-cv-00330 ODW (JEMx)<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT MARVELL SEMICONDUCTOR, INC.**<br><br>Jury Trial Demanded |
|---|---|

STIPULATION OF DISMISSAL

1    IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Progressive Semiconductor Solutions LLC ("Plaintiff") and Defendant Marvell Semiconductor, Inc. ("Defendant") and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and in accordance with a certain agreement between them, Plaintiff's and Defendant's claims, causes of action, and counterclaims against each other in the above-captioned action should be, and hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant in this lawsuit or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved.

Each party shall bear its own attorneys' fees, expenses and costs.

**AGREED:**

| FRIEDMAN, SUDER & COOKE | FISH & RICHARDSON P.C. |
|---|---|
| By:  /s/ David A. Skeels | By:  /s/ Stephen A. Marshall |
| David A. Skeels<br>State Bar No. 24041925<br>Jonathan T. Suder<br>State Bar No. 19463350<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>(817) 334-0400  Fax: (817) 334-0401<br>skeels@fsclaw.com<br>jts@fsclaw.com | Steven A. Marshall (PHV)<br>Ruffin B. Cordell (PHV)<br>Indranil Mukerji (PHV)<br>Joseph V. Colaianni (PHV)<br>FISH & RICHARDSON P.C.<br>1425 K Street, NW 11th Floor<br>Washington, DC 20005<br>(202) 783-5070  Fax: (202) 783-2331<br>smarshall@fr.com<br>cordell@fr.com<br>mukerji@fr.com<br>colaianni@fr.com |
| **ATTORNEYS FOR PLAINTIFF PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC** | Olga May (SBN 232012)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>(858) 678-4393  Fax: (858) 678-5099<br>omay@fr.com<br><br>**ATTORNEYS FOR DEFENDANT MARVELL SEMICONDUCTOR, INC.** |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of August, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Central District of California using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Any attorneys of record who are not noticed via the electronic case filing system have been served this document via email pursuant to their written consent to me.

                                        /s/ David A. Skeels

-3-
STIPULATION OF DISMISSAL