BRANDON FERNALD
Brandon.fernald@fernaldlawgroup.com
FERNALD LAW GROUP LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
510 W 6th Street, Suite 700
Los Angeles, California 90014
T:323.410.0320 | F:323.410.0330 | C:323.842.7473

DAVID A. SKEELS (admitted *pro hac vice*)
skeels@fsclaw.com
JONATHAN T. SUDER (admitted *pro hac vice*)
jts@fsclaw.com
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX  76102                                      JS-6
T:  817-334-0400
F:  817-334-0401

Attorneys for Plaintiff
PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SEMICONDUCTOR SOLUTIONS LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARVELL SEMICONDUCTOR, INC.<br><br>          Defendant. | CASE NO.  8:14-cv-00330- ODW (JEMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MARVELL SEMICONDUCTOR, INC.**<br><br>Jury Trial Demanded |

Recognizing the Stipulation of Dismissal filed by Plaintiff Progressive Semiconductor Solutions LLC ("Progressive Semiconductor") and Defendant Marvell Semiconductor, Inc. ("Marvell") in accordance with a certain agreement between them, it is hereby

ORDERED that the claims, causes of action, and counterclaims asserted herein by Progressive Semiconductor and Marvell against each other be, and hereby are, dismissed with prejudice.  Nothing in this Order shall be construed as a release or discharge of any claim Progressive Semiconductor has or may have in the future against any other Defendant in this lawsuit or against any other asserted infringer of the patent-in-suit.

It is FURTHER ORDERED that Progressive Semiconductor and Marvell shall bear their own attorneys' fees, expenses and costs.

Dated:  August 21, 2014.

_____
The Honorable Otis D. Wright II
United States District Judge